IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHERYL RANDALL BUTLER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION FILE NUMBER |
| v. | ) | |
| | ) | _____ |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA | ) | |

## NOTICE OF REMOVAL TO THE
## UNITED STATES DISTRICT COURT

Now comes defendant LIFE INSURANCE COMPANY OF NORTH

AMERICA ("LINA"), and respectfully shows this honorable Court the following:

1.

The above-styled action was commenced in the Superior Court of Houston

County, Georgia, on January 8, 2014, as Civil Action File No. 2014-V-109939-N,

and is now pending therein.

2.

Plaintiff's complaint and summons were served on LINA on January 24,

2014, through its registered agent. This notice of removal is timely filed within

thirty (30) days of such service in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

The parties to this action are plaintiff Cheryl Randall Butler, a citizen of the

State of Georgia who resides within the Middle District of Georgia, and defendant

LINA, a corporation organized and existing under the laws of the Commonwealth

of Pennsylvania, maintaining its principal office and principal place of doing

business in Philadelphia, Pennsylvania.

4.

In this action, plaintiff seeks to recover disability benefits under a group

policy of insurance issued to her employer, Houston Hospitals, Inc., d/b/a Houston

Healthcare ("the Hospital"), as well as a bad faith penalty and attorney's fees

pursuant to O.C.G.A. § 33-4-6.

5.

A copy of the group policy issued to the Hospital by LINA is attached hereto

as Exhibit 1.

6.

The group policy issued to the Hospital funds long-term disability benefits

under The Houston Healthcare Medical Group Protection for Employees of

Houston Healthcare Plan ("the Benefit Plan"), an employee welfare benefit plan

which is sponsored and maintained by the Hospital to provide various welfare

benefits to its employees.  (*See* the group policy, Exhibit 1, p. 22) ("[t]his Policy

has been issued in conjunction with an employee welfare benefit plan subject to the

Employee Retirement Income Security Act of 1974 ('ERISA')").

7.

Plaintiff's complaint alleges that the Hospital "is a community hospital funded and operated by Houston County."  (Complaint, ¶ 8.)

8.

The Hospital is not actually operated by Houston County.  In reality, Houston Healthcare System, Inc. -- a non-profit 501(c)(3) corporation -- serves as the governing body for the Hospital, and has the ultimate responsibility and authority for all activities of the Hospital.  (*See* the Hospital's website, available at http://www.hhc.org/About-Us/Houston-Healthcare-System-Locations, and attached hereto as Exhibit 2; *see also* the Hospital's 2012 Annual Report to the Community, attached hereto as Exhibit 3; Georgia Secretary of State website, available at http://soskb.sos.state.ga.us/corp/ soskb/Corp.asp?1390775, and attached hereto as Exhibit 4.)

9.

The Hospital files form 5500s -- to the Department of the Treasury, Internal Revenue Service; the Department of Labor, Employee Benefits Security Administration; and the Pension Benefit Guaranty Corporation -- for the Benefit Plan.  (*See* 2012 Form 5500 for the Benefit Plan, Exhibit 5).  According to the Form 5500, the Benefit Plan provides health benefits, life insurance benefits, dental benefits, vision benefits, and long-term disability benefits.  (*Id.*; *see* Form

5500 Codes and Legends, Exhibit 6.)  The Hospital also provides defined contribution pension benefits for its employees under the Houston Hospitals, Inc. Participatory Retirement Plan ("the Pension Plan").  (*See* 2012 form 5500 for the Pension Plan, Exhibit 7.)

10.

The Benefit Plan is an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*

11.

This result is not altered by plaintiff's allegation that that the group policy "was 'issued in Georgia' and 'governed by its laws.'"  (Complaint, ¶ 8.)  Rather, the Amendatory Rider to the group policy states that "[t]he provisions below amend the Policy to which they are attached" and "apply to all claims for benefits under the Policy."  Thereafter, the Amendatory Rider provides: "This Policy has been issued in conjunction with an employee welfare benefit plan subject to [ERISA].  This Policy is a Plan document within the meaning of ERISA. . . . The Plan Administrator has appointed the Insurance Company as the named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims."  (Group policy, Exhibit 1, p. 22.)

12.

Because this action arises under and relates to an employee welfare benefit plan, plaintiff's claims are governed by ERISA.

13.

Additionally, ERISA completely preempts any state law claims alleged in plaintiff's complaint and provides the exclusive federal remedy for resolution of claims by plaintiff arising under or relating to the Plan. 29 U.S.C. §§ 502(a)(1)(B), 1132(a)(1)(B) and 1144; *see Pilot Life Ins. Co. v. Dedeaux,* 481 U.S. 41 (1987).

14.

A cause of action filed in state court which is preempted by ERISA and which comes within the scope of section 502(a)(1)(B) of ERISA is removable to federal court under 28 U.S.C. § 1441 as an action arising under federal law even when the ERISA-related nature of the action does not appear on the face of the complaint. *Metropolitan Ins. Co. v. Taylor,* 481 U.S. 58 (1987).

15.

Thus, this United States District Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and/or 29 U.S.C. § 1132(e)(1).

16.

A true and correct copy of this notice of removal will be promptly filed with the Superior Court of Houston County, Georgia, as provided by law.

17.

Attached hereto and made a part hereof by reference are true copies of the following documents filed in the Superior Court of Houston County, Georgia:

(a) Exhibit 8 -- The original complaint filed by plaintiff, with exhibits, together with the summons;

(b) Exhibit 9 -- Sheriff's Entry of Service on LINA; and

(c) Exhibit 10 -- The notice of removal filed by LINA.

WHEREFORE, defendant LIFE INSURANCE COMPANY NORTH AMERICA and prays that the Superior Court of Houston County, Georgia, proceed no further with Civil Action File No. 2014-V-109939-N, and that said action be removed from the Superior Court of Houston County, Georgia, to the United States District Court for the Middle District of Georgia, Macon Division.

This 21st day of February, 2014.

**[*signatures on following page*]**

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Life Insurance Company
of North America

SMITH MOORE LEATHERWOOD LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 (telephone)
(404) 962-1200 (facsimile)
lisa.bondurant@smithmoorelaw.com
nikole.crow@smithmoorelaw.com

# C E R T I F I C A T E

LIFE INSURANCE COMPANY OF NORTH AMERICA, defendant in the case of *Cheryl Randall Butler v. Life Insurance Company of North America*, Civil Action File No. 2014-V-109939-N, pending in the Superior Court of Houston County, Georgia, has given notice of the filing of the foregoing notice of removal to said plaintiff by mailing a copy of said notice of removal to plaintiff's attorney of record at his address in Dalton, Georgia, and also has filed a copy of said notice of removal with the Superior Court of Houston County, Georgia, in accordance with the provisions of 28 U.S.C. § 1446. The undersigned counsel of record for defendants Life Insurance Company of North America hereby certifies to the truthfulness and correctness of the above statement.

This 21st day of February, 2014.

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Defendant

SMITH MOORE LEATHERWOOD LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-1000 (telephone)
(404) 962-1200 (facsimile)